# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Innovius, LLC

Plaintiff,

-v-

Sharp Corporation

Defendant.

Case No. 1:21-cv-00906

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Innovius, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Innovius, LLC is directly and wholly owned by Inception IP, LLC. The ultimate parent company is Inception Holdings, LLC. No publicly held company owns 10% or more of the stock of Innovius, LLC.

Date: 02/02/2021

Signature of Attorney

Attorney Bar Code: WC-8478

Form Rule7_1.pdf   SDNY Web 10/2007