UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2021___
```

INNOVIUS, LLC,

          Plaintiff,

-against-

SHARP CORPORATION,

          Defendant.

21 Civ. 906 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 2, 2021, Plaintiff Innovius, LLC filed this case in federal court against Defendant Sharp Corporation, invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. ECF No. 1 ¶ 6. On February 5, 2021, the Court issued an order asking Plaintiff to amend its pleading to allege the citizenship of each constituent person or entity of the LLC. ECF No. 4. On February 24, 2021, Plaintiff notified the Court that "subject matter jurisdiction does not exist in this action." ECF No. 6.

    Accordingly, this action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 12(h)(3).

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: March 3, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge